(116 So. 926)

Ray SMITH v. STATE. (7 Div. 314.) Court of Appeals of Alabama. April 3, 1928.

R. B. Carr, Judge. Violating prohibition law.

SAMFORD, J. Affirmed.

(113 So. 919)

SOUTHERN CITIES POWER CO. v. NEW ICE CO. (8 Div. 604.) Court of Appeals of Alabama. Aug. 2, 1927.

W. W. Haralson, Judge.

RICE, J. Affirmed.

(118 So. 926)

W. H. SPANN v. J. D. SHIVER. (4 Div. 455.) Court of Appeals of Alabama. Nov. 8, 1928.

H. A. Pearce, Judge.

SAMFORD, J. Appeal dismissed.

(116 So. 927)

Clyde SPEIGHT v. STATE. (8 Div. 660.) Court of Appeals of Alabama. March 13, 1928.

O. Kyle, Judge. Distilling.

RICE, J. Affirmed.

(114 So. 925)

Robie SPIKES v. STATE. (4 Div. 301.) Court of Appeals of Alabama. April 19, 1927. Rehearing Denied Oct. 4, 1927.

H. A. Pearce, Judge.

BRICKEN, P. J. The prosecution in this case originated in the county court, and was for a violation of the prohibition laws of the state. Appellant appealed from a conviction in the county court to the circuit court. He was there tried by a jury, and again convicted, and appeals here. The record is regular and without error. The judgment of conviction in the lower court is affirmed. Affirmed.

(116 So. 927)

W. S. SPURLIN v. JACKSON LUMBER CO. (4 Div. 327.) Court of Appeals of Alabama. April 3, 1928.

W. L. Parks, Judge.

BRICKEN, P. J. Affirmed.

(112 So. 925)

Farley STAGGERS v. CITY of TUSCALOOSA. (6 Div. 141.) Court of Appeals of Alabama. May 10, 1927.

Henry B. Foster, Judge.

BRICKEN, P. J., Appeal dismissed on motion of appellant.

(116 So. 927)

Martha STALLINGS v. STATE. (3 Div. 598.) Court of Appeals of Alabama. May 15, 1928.

Arthur E. Gamble, Judge. Manslaughter.

BRICKEN, P. J. Appeal dismissed.

(111 So. 926)

Ferman STANLEY v. STATE. (7 Div. 262.) (Court of Appeals of Alabama. Jan. 18, 1927.)

R. B. Carr, Judge.

SAMFORD, J. Appeal dismissed.

(115 So. 925)

STATE v. John Henry BROUGHTON. (2 Div. 406.) Court of Appeals of Alabama. March 6, 1928.

John D. Leigh, Judge. Habeas corpus, fixing bail. L. S. Biggs, Sol., of Monroeville, for appellant. C. L. Hybart, of Monroeville, for appellee.

RICE, J. Affirmed.

(117 So. 926)

STATE v. Leland BUFFALOW. (4 Div. 443.) Court of Appeals of Alabama. June 12, 1928.

H. A. Pearce, Judge. Habeas corpus to fix bail.

BRICKEN, P. J. Affirmed.

(118 So. 926)

STATE v. F. D. BURGESS. (8 Div. 771.) Court of Appeals of Alabama. Nov. 8, 1928.

W. R. Jackson, Judge. Habeas corpus to fix bail.

BRICKEN, P. J. Affirmed.

(118 So. 926)

STATE v. Harper BURGESS. (5 Div. 731.) Court of Appeals of Alabama. Sept. 18, 1928.

E. M. Moore, Judge.

BRICKEN, P. J. Appeal dismissed. Supreme Court Rules 23, 36, 4 Code 1923, pp. 886, 891.